# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DARIN MEEK,

      Plaintiff,

vs.                                      CASE NO. 6:07-CV-268-ORL-19DAB

WACHOVIA CORPORATION,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 23, filed August 15, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 23) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement (Doc. No. 18, filed July 12, 2007) is **GRANTED.** The settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to close this filed.

**DONE AND ORDERED** at Orlando, Florida, this ___15th___ day of September, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record